IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JILL CARUSO, Individually, | ) Cause No. 1:13-cv-01315-SEB-TAB |
| Plaintiff, | ) |
| v. | ) |
| OSF INTERNATIONAL INC., A Foreign Corporation, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Come now the parties, by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedures and stipulate to the dismissal of the above-captioned cause of action, with prejudice, costs paid.

By: */s/ Pete M. Monismith*
 Pete M. Monismith
 Kelly A. Gigli
 Attorneys for Plaintiff

FROST BROWN TODD LLC

By: */s/ Heather L. Wilson*
 Heather L. Wilson, #20432-41
 Attorneys for Defendant

LAW OFFICE
3945 Forbes Ave., #175
Pittsburgh, PA 15213

GIGLI LAW OFFICE
130 S. Main Street
Leighton Plaza, Suite 110
South Bend, IN 46601

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P. O. Box 44961
Indianapolis, IN 46244-0961